MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5037
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 11-00214 EJD |
|       Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO October 29, 2012 AND EXCLUDING TIME FROM October 15, 2012 TO October 22, 2012 FROM THE SPEEDY TRIAL ACT CALCULATION |
|   v. ) | |
| IRENIO ALVAREZ-CHAVEZ, ) | |
|       Defendant. ) | |

      The Parties, IRENIO ALVAREZ-CHAVEZ and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for October 15, 2012 be vacated, and that the hearing be re-set for October 29, 2012 at 1:30 pm. The parties are requesting the continuance of the hearing to the above date given that government counsel will be out of town on October 15. Additionally, the parties have engaged in lengthy discussions regarding a disposition in this matter, but it appears we have reached an impasse. Government counsel has provided defense with a proposed disposition, and defense counsel requires additional time to discuss defendant's options. It is anticipated that, with the additional time, the next appearance will be a change of plea.

      The parties stipulate that the time between October 15, 2012 and October 29, 2012 is

1

excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 10, 2012     MELINDA HAAG
               United States Attorney


               \_\_\_/s/_____
               ANN MARIE E. URSINI
               Special Assistant United States Attorney


               \_\_\_/s/_____
               MANUEL ARAUJO
               Attorney for Defendant

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 15, 2012 is vacated, and the matter is continued to October 29, 2012 at 1:30 pm. Further, the Court ORDERS that the time between October 15, 2012 and October 29, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 10/11/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge