STEVEN G. KALAR
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ALVAREZ-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00214-EJD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING TO AUGUST 12, 2013 |
| vs. | |
| IRINEO ALVAREZ-CHAVEZ, | |
| Defendant. | |

## STIPULATION

The parties, Irineo Alvarez-Chavez and the government, acting through their respective counsel and subject to the Court's approval, stipulate that the hearing date currently set for July 1, 2013, be vacated and that the Court set a new hearing date of August 12, 2013, at 1:30 p.m.. The reason for the continuance of the sentencing hearing is as follows.

The defendant is facing a violation of supervised release in the District of Arizona, based on his 2007, conviction for a violation of Title 8, United States Code, Section 1326, in case numbered 07CR00379-PHX-NVW. PSR ¶ 28. Defense counsel has spoken to United States Probation Officer Demitra Presley, from the District of Arizona. She informed me that they would be processing the Form 22, paperwork seeking a transfer of jurisdiction. Mr. Benjamin

Flores of our district told me that he received a similar telephone call. Consolidation of the current case before this court and the supervision violation from the District of Arizona will conserve valuable judicial resources which include transportation costs which would be needed to transport Mr. Alvarez-Chavez to Phoenix, Arizona, judicial time, and attorney expenses. For these reasons, the parties request that the Court continue the sentencing hearing to August 12, 2013.

Defense counsel has conferred with United States Probation Officer Benjamin Flores, and he does not object to the continuance nor the date of August 12, 2013.

Dated: June 25, 2013

          __/s/_____
          MANUEL U. ARAUJO,
          Assistant Federal Public Defender

Dated: June 25, 2013

          __/s/_____
          MEREDITH J. EDWARDS,
          Special Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the status conference hearing in the above-captioned matter is continued from July 1, 2013, at 1:30 p.m., to August 12, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: ___6/26___, 2013

_____
HONORABLE EDWARD J. DAVILA
United States District Judge